


McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

ARNULFO SANCHEZ, Defendant.

MAG NO. S-07-206-KJM

APPLICATION FOR ORDER UNSEALING FILES

On May 25, 2007, an indictment was filed in the Central District of California charging defendant Arnulfo Sanchez with conspiring to distribute and import controlled substances and money laundering. On June 20, 2007, the defendant was arrested pursuant to an arrest warrant issued for these charges. The indictment in this case is under seal. The sealing order for the Central District of California states that the indictment shall be sealed until the government files a "Report Commencing Criminal Action." Attachment 1. DEA Special Agent Maria Zavala has executed said report. Attachment 2. Since the defendant has now been arrested and the agent has executed the report in compliance with the Central District of California's sealing order, the government asks this

Court to unseal the indictment filed against Arnulfo Sanchez in the Central District of California on May 25, 2007.

DATED: June 21, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: ______________________
PHILLIP A. TALBERT
Assistant U.S. Attorney

ORDER

Upon application of the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the indictment filed against Arnulfo Sanchez in the Central District of California on May 25, 2007, be, and hereby are, UNSEALED.

DATED: June 21, 2007

______________________
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

# ATTACHMENT 1

COPY

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ROB B. VILLEZA (Cal. State Bar No. 142820)
Assistant United States Attorney
Deputy Chief, OCDETF Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6579
E-mail:rob.villeza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAY 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LODGED
2007 MAY 25 PM 12:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL ANGEL SANCHEZ, ET AL., Defendants. | No. CR 07-00494 <br> [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS <br> [UNDER SEAL] |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

DATED: 5/25/07

Frederick F. Mumm
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. ARNULFO SANCHEZ DEFENDANT(S). | CASE NUMBER CR 07-00454 |
|---|---|
| | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest June 20, 2007, 11:30 ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC): Defendant was arrested in the Eastern District of California and booked into custody with the U.S. Marshal
3. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes ☐ No ☑ Unknown
5. Year of Birth: 1967
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): n/a
8. Date detainer placed on defendant: n/a
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. n/a )
10. Name of Pretrial Services Officer: n/a
11. Remarks (if any): none

12. Date: June 21, 2007
13. Signature: [signature]
14. Name: Maria Zavala
15. Title: Special Agent, DEA